IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAHMOUD BESHARAT,

       Appellant,

v.

       Case No.  5D22-2717
       LT Case No. 1989-CF-011492-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed March 7, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Mahmoud Besharat, Perry, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.